# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| GREENBERG SMOKED TURKEYS, INC. | |
| Plaintiff, | Civil Action No. 6:11-cv-00037 |
| v. | |
| TSAVO MEDIA, INC., | |
| Defendant. | |

## CONSENT DECREE AND FINAL JUDGMENT

On this day the parties, appearing through their respective counsel, announced to the Court that the matters in controversy between them have been settled and jointly seek the entry of this Consent Decree and Final Judgment in accordance with the settlement agreement.  The Court, with the parties consent, finds that judgment should be entered as follows:

WHEREAS, GREENBERG SMOKED TURKEYS, INC. ("Greenberg") has brought a civil lawsuit against TSAVO MEDIA, INC. ("Tsavo") seeking a permanent injunction, damages and other relief alleging trademark infringement and unfair competition under federal statutory and state common law, and trademark dilution under federal and state statutory law, which currently is pending in the United State District Court, Eastern District of Texas, Tyler Division, Case No. 6:11-cv-00038 (the "Action");

**WHEREAS**, Greenberg has consistently and continuously used the marks "GREENBERG" and "GREENBERG SMOKED TURKEY" with design since the late 1930's in the marketplace in conjunction with its turkey products to identify those products and to distinguish them from those offered by others;

**WHEREAS**, Greenberg obtained a trademark registration for the mark "GREENBERG" on June 23, 1987 (U.S. Registration No. 1,444,298) and that registration is incontestable under 15 U.S.C. §1065;

**WHEREAS**, Greenberg obtained a trademark registration for the mark "GREENBERG SMOKED TURKEY" and design on September 3, 2002 (U.S. Registration No. 2,614,281) and that registration is incontestable under 15 U.S.C. §1065;

**AND, WHEREAS**, Greenberg has alleged that Tsavo has without authorization used the marks "GREENBERG" and "GREENBERG SMOKED TURKEYS" in conjunction with the advertising and marketing of various products including a) the purchase of such trademarks from Internet search engines as keywords, so that Tsavo's advertisements will be seen by Internet users who enter such trademarks as search terms into those search engines, and b) the placement of such trademarks in the Tsavo advertisements that appear when Internet users enter such trademarks as search terms into those search engines.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED with the parties' consent that:

1.      This Court has jurisdiction of the subject matter of this action and of the parties.

2.      Tsavo shall, with all applicable search engines implement a "negative match" for the following terms:

greenberg
greenberg turkey
greenbergturkey
greenberg turkeys
greenbergturkeys
greenberg smoke turkey
greenberg smoked turkey
greenbergsmoke turkey

greenbergsmoked turkey
greenberg smoketurkey
greenberg smokedturkey
greenbergsmoketurkey
greenbergsmokedturkey
greenberg smoke turkeys
greenberg smoked turkeys
greenbergsmoke turkeys
greenbergsmoked turkeys
greenberg smoketurkeys
greenberg smokedturkeys
greenbergsmoketurkeys
greenbergsmokedturkeys

greenburg
greenburg turkey
greenburgturkey
greenburg turkeys
greenburgturkeys
greenburg smoked turkey
greenburgsmoked turkey
greenburg smokedturkey
greenburgsmokedturkey
greenburg smoked turkeys
greenburgsmoked turkeys
greenburg smokedturkeys
greenburgsmokedturkeys

greenburg smoke turkey
greenburgsmoke turkey
greenburg smoketurkey
greenburgsmoketurkey
greenburg smoke turkeys
greenburgsmoke turkeys
greenburg smoketurkeys
greenburgsmoketurkeys

grenberg
grenberg turkey
grenbergturkey
grenberg turkeys
grenbergturkeys
grenberg smoked turkey
grenbergsmoked turkey
grenberg smokedturkey
grenbergsmokedturkey

grenberg smoked turkeys
grenbergsmoked turkeys
grenberg smokedturkeys
grenbergsmokedturkeys

grenberg smoke turkey
grenbergsmoke turkey
grenberg smoketurkey
grenbergsmoketurkey
grenberg smoke turkeys
grenbergsmoke turkeys
grenberg smoketurkeys
grenbergsmoketurkeys

grenburg
grenburg turkey
grenburgturkey
grenburg turkeys
grenburgturkeys
grenburg smoked turkey
grenburgsmoked turkey
grenburg smokedturkey
grenburgsmokedturkey
grenburg smoked turkeys
grenburgsmoked turkeys
grenburg smokedturkeys
grenburgsmokedturkeys
grenburg smoke turkey
grenburgsmoke turkey
grenburg smoketurkey
grenburgsmoketurkey
grenburg smoke turkeys
grenburgsmoke turkeys
grenburg smoketurkeys
grenburgsmoketurkeys

3.      In addition, Tsavo, its agents, servants, employees, representatives, successors and assigns, and all other persons, firms, or corporations acting on behalf of Tsavo, as well as those who, provided they are served with or are given actual notice of this Consent Decree acting in concert, privity, or participation with Tsavo, are immediately and permanently enjoined from:

(a)     Using in commerce the terms "GREENBERG" and "GREENBERG SMOKED TURKEYS" or any of those full terms in the list set forth in paragraph 2 above (and "use in commerce" shall include without limitation the use of such terms in keyword advertising, metatags, or invisible text on Tsavo's websites);

(b)     Using in any manner or in connection with any of Tsavo Brand Inc.'s advertising or promotion the terms "GREENBERG" and "GREENBERG SMOKED TURKEYS" or any of those full terms in the list set forth in paragraph 2 above;

(c)     Doing, authorizing or permitting others to do any act calculated or likely to cause confusion or mistake in the mind of the public or to lead consumers into the belief that services or products offered, sold, distributed, advertised or transmitted by Tsavo are authorized, sponsored, licensed, endorsed, promoted or condoned by plaintiff or otherwise affiliated with or connected to Greenberg.

4.      Other than as set forth in the Settlement Agreement, each party shall bear its own costs.

5.      This Court shall retain jurisdiction of this matter as to enforcement of the Consent Decree and for punishment of any violation thereof.  If Tsavo is found to be in violation of this Consent Decree, in addition to any damages or other relief or penalty that maybe imposed by the Court, Tsavo shall pay all of Greenberg's reasonable attorneys' fees and reasonable costs incurred in connection with enforcing the Consent Decree.

**So ORDERED and SIGNED this 23rd day of January, 2012.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**